JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA PETERS and DARAN GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:23-cv-01184-MWF(BFMx)<br><br>**JUDGMENT** |

## ORDER PURSUANT TO STIPULATION

IT IS HEREBY ORDERED, adjudged and decreed that following stipulation of the parties (Docket No. 47), judgment is entered in favor of Plaintiffs Kayla peters and Daran Garcia against Defendant Ford Motor Company, as follows:

1. Plaintiffs Kayla Peters and Daran Garcia ("Plaintiffs") will surrender the 2019 Ford EcoSport (VIN No. MAJ3S2GE4KC270344) (the "subject vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver

the subject vehicle to Ford on a date, time and place mutually agreeable no later than 60 days after entry of this Judgment. On the same day and following confirmation of the completion of the surrender, Ford will send the settlement proceeds by messenger to Plaintiffs' attorney of record - Knight Law Group located at 10250 Constellation Boulevard, Suite 2500, Los Angeles, California 90067.

    2. Ford will pay Plaintiffs and their current counsel of record the sum of $25,000.00 in restitution. This sum is inclusive of all damages, restitution, prejudgment interest, post judgment interest and any other sums or amounts or claims that have been asserted by Plaintiffs in this action.

    3. Plaintiffs may seek an award of Plaintiffs' reasonable attorneys' fees, expenses and costs, if any, reasonably incurred in connection with this action pursuant California Civil Code Section 1794(d) in an amount to be determined by the Court. Ford reserves all rights to oppose the motion.

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge